# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **HOLLY GOLLADAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:21-cv-78-RGJ-CHL |
| | ) |
| **THE ANTHEM COMPANIES, INC.** -and- | ) |
| **ANTHEM HEALTH PLANS OF** | ) |
| **KENTUCKY INC. d/b/a ANTHEM BLUE** | ) |
| **CROSS AND BLUE SHIELD,** | ) |
| | ) |
| **Defendants.** | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff Holly Golladay and Defendants The Anthem Companies, Inc. and Anthem Health Plans Of Kentucky Inc. d/b/a Anthem Blue Cross And Blue Shield (as of June 28, 2022, now, Elevance Health, Inc.) ("Defendants"), having hereby jointly stipulated that this case be dismissed with prejudice as to all claims against Defendants as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiff Holly Golladay's claims against Defendants in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees, except as otherwise agreed.

APPROVED BY:

| | |
|---|---|
| */s/ Charles W. Miller [signed with consent]* | */s/ Shana Madigan* |
| Charles W. Miller | Shana Madigan *(admitted pro hac vice)* |
| **CHARLES W. MILLER & ASSOCIATES** | **SEYFARTH SHAW LLP** |
| Waterfront Plaza, Suite 2104 | 975 F Street NW |
| 325 West Main Street | Washington, DC 20004 |
| Louisville, KY 40202 | Phone: (202) 270-3989 |
| Phone: (502) 583-2300 | E-mail: smadigan@seyfarth.com |
| Fax: (502) 583-2323 | |

E-mail: cmiller@cwmassociates.com

**COUNSEL FOR PLAINTIFF**

Christopher J. DeGroff *(admitted pro hac vice)*
**SEYFARTH SHAW LLP**
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
E-mail:  cedgroff@seyfarth.com


Megan R. U'Sellis
**FISHER & PHILLIPS LLP**
220 West Main Street, Suite 2000
Louisville, KY  40202
Phone: (502) 561-3963
Fax: (502) 561-3963
E-mail: musellis@fisherphillips.com

**COUNSEL FOR DEFENDANTS**


Rebecca Grady Jennings, District Judge
United States District Court

October 14, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of this Court via this Court's CM/ECF System on this the 13th day of October, 2022, which will send a notice of electronic filing and a copy of this document to the following counsel of record:

Charles W. Miller
**CHARLES W. MILLER & ASSOCIATES**
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
Phone: (502) 583-2300
Fax: (502) 583-2323
E-mail: cmiller@cwmassociates.com

**COUNSEL FOR PLAINTIFF**

Christopher J. DeGroff *(admitted pro hac vice)*
**SEYFARTH SHAW LLP**
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
E-mail:  cedgroff@seyfarth.com

Shana Madigan *(admitted pro hac vice)*
**SEYFARTH SHAW LLP**
975 F Street NW
Washington, DC 20004
Phone: (202) 270-3989
E-mail: smadigan@seyfarth.com

Megan R. U'Sellis
**FISHER & PHILLIPS LLP**
220 West Main Street, Suite 2000
Louisville, KY  40202
Phone: (502) 561-3963
Fax: (502) 561-3963
E-mail: musellis@fisherphillips.com

**COUNSEL FOR DEFENDANTS**

/s/ *Shana Madigan* _____
Shana Madigan